UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALEZ,<br><br>  Petitioner,<br><br> v.<br><br>PATRICK COVELLO,<br><br>  Respondent. | No. 2:19-cv-01798-TLN-CKD<br><br>**ORDER** |

Petitioner Marcos Gonzalez ("Petitioner"), a state prisoner proceeding *pro se*, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (ECF No. 22.) Neither party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1      Having reviewed the file under the applicable legal standards, the Court finds the Findings
2 and Recommendations to be supported by the record and by the magistrate judge's analysis.
3      Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the Court has
4 considered whether to issue a certificate of appealability.  Before Petitioner can appeal this
5 decision, a certificate of appealability must issue.  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
6 Where the petition is denied on the merits, a certificate of appealability may issue under 28
7 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
8 constitutional right."  28 U.S.C. § 2253(c)(2).  The Court must either issue a certificate of
9 appealability indicating which issues satisfy the required showing or must state the reasons why
10 such a certificate should not issue.  *See* Fed. R. App. P. 22(b).  Where the petition is dismissed on
11 procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
12 jurists of reason would find it debatable whether the district court was correct in its procedural
13 ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
14 claim of the denial of a constitutional right.'"  *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.
15 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)).  For the reasons
16 set forth in the magistrate judge's Findings and Recommendations (ECF No. 22), the Court finds
17 that issuance of a certificate of appealability is not warranted in this case.
18      Accordingly, IT IS HEREBY ORDERED that:
19      1.  The Findings and Recommendations filed September 18, 2020 (ECF No. 22), are
20 adopted in full;
21      2.  Respondent's Motion to Dismiss (ECF No. 20) is GRANTED;
22      3.  Petitioner's First Amended Application for a Writ of Habeas Corpus (ECF No. 18) is
23 DISMISSED with prejudice as barred by the statute of limitations;
24      3.  The Clerk of Court is directed to close this action; and
25      4.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §
26 2253.
27 ///
28 ///

IT IS SO ORDERED.

DATED: November 2, 2020

Troy L. Nunley
United States District Judge

3